**LAW OFFICES OF JOHNNY L. GRIFFIN III**
**JOHNNY L. GRIFFIN, III (State Bar #118694)**
**MANOLO H. OLASO (State Bar   #195629)**
1010 F Street, Suite 200
Sacramento, California 95814
Telephone: (916) 444-5557
Facsimile: (916) 444-5558
Email: jgriffin@johnnygriffinlaw.com;
molaso@johnnygriffinlaw.com
Attorneys for Plaintiff NICOLE SCHOTT

**PORTER | SCOTT**
**LINDSAY A. GOULDING (State Bar #227195)**
350 University Avenue, Suite 200
Sacramento, California 95825
TEL: 916.929.1481
FAX; 916.927.3706
Attorneys For Defendants
DIGNITY HEALTH and JAMES SPENCE

# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICOLE SCHOTT,<br><br>      Plaintiff,<br>   Vs.<br><br>DIGNITY HEALTH, a California corporation; JAMES SPENCE, an individual,<br><br>      Defendants. | Case No. 2:21-cv-01528-MCE-DB<br><br>**STIPULATION and ORDER FOR DISMISSAL [FRCP 41(a)(1)(A)(ii)]**<br><br>Before the Honorable Morrison C. England, Jr. |

## STIPULATION FOR DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, it is hereby

stipulated, by and between Plaintiff  NICOLE SCHOTT, Defendant DIGNITY HEALTH, and

Defendant JAMES SPENCE, who authorize their respective counsel to sign and file this dismissal,

that this entire action shall be dismissed with prejudice as to all parties.  The parties shall bear their

Law Offices of Johnny L. Griffin III
1010 F Street, Suite 200; Sacramento, CA 95814
(916) 444-5557
www.johnnygriffinlaw.com

1  own costs and attorneys' fees.

2

3  Date: September 12, 2022            /s/ Manolo Olaso

4                                     Manolo Olaso
                                      Law Offices of Johnny L. Griffin, III
                                      Attorneys for Plaintiff NICOLE SCHOTT
5

6  Date: September 12, 2022            /s/ Lindsay A. Goulding

7                                     Lindsay A. Goulding
                                      Porter | Scott
8                                     Attorneys for Defendants DIGNITY HEALTH and
                                      JAMES SPENCE
9                                     (e-signature expressly authorized on 09/12/2022)

10

11                                    **ORDER**

12         Pursuant to the stipulation of the parties, this action is dismissed in its entirety, with each

13  side to bear its own fees and costs.  The Clerk of the Court is directed to close this case.

14         IT IS SO ORDERED.

15  Dated:  September 21, 2022

16

17  MORRISON C. ENGLAND, JR.
    SENIOR UNITED STATES DISTRICT JUDGE

18

19

20

21

22

23

24

25

Law Offices of Johnny L. Griffin III
1010 F Street, Suite 200; Sacramento, CA 95814
(916) 444-5557
www.johnnygriffinlaw.com

2

Stipulation and Order for Dismissal
Case Number 2:21-cv-01528-MCE-DB